**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
360 K Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: lawoffices@kapolchok.com

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Heidi Freeman and Christopher Freeman, | ) ) ) Case No. 3:06-cv-00253 RRB ) ) **COMPLAINT** ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| United States of America, | |
| Defendant. | |

COME NOW plaintiffs Heidi and Christopher Freeman, by and through their attorney, Kapolchok Law Offices, LLC, and for their cause of action against the defendant, the United States of America, state, allege and aver as follows:

### I. Jurisdiction

1) Heidi and Christopher Freeman live and work in Las Vegas, Nevada. However, on the day of the collision, the plaintiffs were visiting in Anchorage, Alaska.

2) This cause of action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 et. seq.

3) At all times relevant hereto, Harvey L. Goehring was employed by and acting in the course and scope of his employment with the DEA, a federal agency of the United States of America.

4) The claim set forth herein was presented in writing by administrative claim Form 95 and subsequent amendments thereto to the U.S. Department of Justice, Drug Enforcement Administration. That agency issued a written denial of said claim dated May 4, 2006, and thus this suit is timely pursuant to 28 U.S.C. § 2675.

## II. Allegations Of Negligence

5) Plaintiffs Heidi and Christopher Freeman are adults, and are in all ways qualified to maintain this action.

6) On or about May 2, 2005, Mr. Harvey L. Goehring, an employee of the DEA, while driving a government vehicle, proceeded through an intersection against a red light and struck the vehicle occupied by plaintiffs, causing significant vehicle damage and injury to both plaintiffs.

7) Witnesses to the accident confirm the government agent was in clear violation of the traffic code, and Mr. Goehring was appropriately cited by the investigating Anchorage police officer.

8) The negligence of the government agent/employee resulted in injury to both plaintiffs.

Wherefore, plaintiffs pray for the following relief:

a) Special damages including, but not limited to past and future medical costs.

b)  General damages including, but not limited to pain, suffering, inconvenience, diminished quality of life, impaired health function, and mutual loss of consortium.

c)  Prejudgment interest, costs of litigation, attorney fees, and other relief deemed equitable by the court in the premises.

DATED: November 1, 2006

*George M. Kapolchok*
George M. Kapolchok
Attorney for Plaintiffs
Alaska Bar No. 7510071